IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JENNIFER J. JOHNSON,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                           Case No. 12-cv-421-wmc

JAMES R. JOHNAS,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant James R. Johnas, denying plaintiff Jennifer J. Johnson's request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(e)(2) and dismissing the complaint for lack of subject matter jurisdiction.

| | |
|---|---|
| /s/ | 5/14/2013 |
| Peter Oppeneer, Clerk of Court | Date |